

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2022

No. 04-22-00237-CV

Rita **DIAZ** and A/N/F of Roxanna Gonzalez, Rita Gonzalez and Rolando Gonzalez Jr.,
Appellant

v.

Gregorio **LOPEZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVA000591-D4
Honorable David E. Garcia, Judge Presiding

# O R D E R

On March 23, 2018, Appellee Gregorio Lopez filed an original petition for bill of review in a negligence action, requesting a default judgment be set aside or vacated. On April 22, 2022, the trial court signed an order granting Lopez's petition for bill of review. On April 22, 2022, Appellant Rita Diaz filed a notice of appeal, stating she intends to appeal the trial court's order granting Lopez's bill of review.

In *Jordan v. Jordan*, the Texas Supreme Court held a trial court's order granting a bill of review, but not disposing of the case on the merits, is interlocutory and not appealable. 907 S.W.2d 471, 472 (Tex. 1995). Thus, the Supreme Court held the court of appeals lacked jurisdiction over the appeal. *See id.*; *see also Kiefer v. Touris*, 197 S.W.3d 300, 302 (Tex. 2006).

In this case, the clerk's record reflects the trial court granted the bill of review, thus setting aside the default judgment. However, nothing in the clerk's record reflects the trial court entered a final judgment disposing of the case on the merits. It appears the trial court's order is interlocutory and not appealable.

We, therefore, ORDER Appellant Rita Diaz to show cause in writing by June 1, 2022 why this appeal should not be dismissed for lack of jurisdiction.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2022.



MICHAEL A. CRUZ, Clerk of Court